IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>Joseph Pannone,<br>Defendant,<br><br>and<br><br>Bank of America,<br>Garnishee. | ) | 1:99-CR-00060-L |

WRIT OF CONTINUING GARNISHMENT

TO: Bank of America
Barbara Cohen, Esq.
Winograd Shine & Zacks, P.C.
123 Dyer Street
Providence, Rhode Island 02903-3980

An application for a Writ of Garnishment against the property and funds of Joseph Pannone has been filed with this Court. A judgment has been entered against Joseph Pannone in the amount of Seventy-Five Thousand ($75,000), plus post-judgment interest on the principal amount at the rate of 6.375 percent per annum. As of May 27, 2008, Joseph Pannone is indebted to the United States Government in the amount of One hundred four thousand eight hundred and nine Dollars and eighty cents ($104,809.80).

You are required by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control, or possession, any property owned by the debtor, including non-exempt, disposable earnings. Please state whether or not you anticipate paying the debtor any future payments and whether such payments are weekly, bi-weekly or monthly.

You must file the original written answer to this Writ within ten (10) days of your receipt

of this Writ with the United States District Court Clerk at: Clerk's Office, United States District Court for the District of Rhode Island, One Exchange Terrace, Providence, Rhode Island 02903. Additionally, you are required by law to serve a copy of the answer to this Writ upon the debtor, Joseph Pannone, 86 Lucille Street, Providence, Rhode Island,02809 and upon the attorney for the United States, Milind Shah, Assistant U.S. Attorney, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903.

Under the law, there is property which is exempt from this Writ of Garnishment. Property which is exempt and which is not subject to this order is listed on the attached Claim for Exemption form.

Pursuant to 15 U.S.C. § 1674, the garnishee is prohibited from discharging the defendant from employment by reason of the fact that his earnings have been subject to garnishment for any one indebtedness.

If you fail to answer this Writ or to withhold property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court may enter a judgment against you for the value of the debtor's non-exempt property. It is unlawful to pay or deliver to the defendant any item attached by this Writ.

DAVID DIMARZIO

Clerk, U. S. District Court

Date: 5/27/2008

By: Wendy Sile
Deputy Clerk