IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA, )
Plaintiff, )
)
v. )
)
JOSEPH PANNONNE, ) 1:99-CR-00060-L
Defendant, )
)
and )
)
BANK OF AMERICA, )
Garnishee. )

APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America hereby makes application in accordance with 28 U.S.C. §3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the restitution judgment which was entered by the District Court of the State of Rhode Island on June 14, 2000 against Joseph Pannone in the amount of Seventy Five Thousand Dollars ($75,000). Interest accrues daily on the principal amount at the annual rate of 6.375 percent per annum.

Defendant, Joseph Pannone Social Security Number is **[OMITTED]**, and his last known address is [redacted]

Between June 14, 2000, and May 27, 2008, a total of Six Thousand Three-hundred forty Dollars and 35 cents ($6,340.35) was credited to the restitution debt.

Accordingly, as of May 27, 2008, defendant, Joseph Pannone owes restitution in the amount of One hundred four thousand eight hundred and nine Dollars and eighty cents ($104,809.80), consisting of a principal balance of Sixty-eight Thousand Six Hundred Fifty-nine Dollars and Sixty-seven Cents ($68,659.65), and accrued interest of Thirty-six Thousand One

Hundred Fifty Dollars and Fifteen Cents ($36,150.15).

Demand for payment of the above-stated debt was made upon the defendant not less than 30 days before May 14, 2008, and the defendant has failed to satisfy the debt.

The garnishee is believed to owe or will owe money or property to the defendant, Joseph Pannone, or is in possession of property of the defendant, and said property is a nonexempt interest of said defendant.

The name and address of the garnishee or his authorized agent is:

**Bank of America**
**Barbara Cohen, Esq.**
**Winograd Shine & Zacks, P.C.**
**123 Dyer Street**
**Providence, Rhode Island 02903-3980**

Respectfully submitted,

UNITED STATES OF AMERICA,
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MILIND SHAH
Assistant U.S. Attorney
50 Kennedy Plaza, Eighth Floor
Providence, Rhode Island 02903
(401) 709-5000