IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | |
| Joseph Pannone, Defendant, | ) | 1:99-CR-00060-L |
| and | ) | |
| Bank of America, Garnishee. | ) | |

ANSWER OF THE GARNISHEE

Erinn Calise, VP Bank of America, NA BEING DULY SWORN DEPOSES AND SAYS:
(Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is garnishee herein doing business in the

name of Bank of America, NA. (State full name and address of business)
50 Kennedy Plaza
Providence, Rhode Island 02903

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member ______________________ of

a partnership composed of which garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

That he/she is ~~the~~ a (State Official Title) Vice President

of garnishee, Bank of America, NA a corporation, organized under

the laws of the ~~State of~~ United States of America.

On May 29th ______, 2008, garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above).

Yes No

__ __ 1. Defendant was/is in my/our employ.

2. Pay period is ___ weekly, ___ bi-weekly ___ semi-monthly, ___ monthly.
Enter date present pay period began. __________

Enter date present pay period ends. __________
**(Present pay period means the pay period in which this notice of garnishment was served.)**

3. Enter amount of net wages. Calculate below:

| | | |
|---|---|---|
| (a) | Gross Pay | $______ |
| (b) | Federal income tax | ______ |
| (c) | F.I.C.A. tax | ______ |
| (d) | State income tax | ______ |
| (e) | Total tax withholdings | $______ |
| Net Wages | [(a) less (e)] | $______ |

__ __ 4. Have there been previous garnishments in effect. If the answers is yes, describe below.

________________________________________

________________________________________

5. The garnishee has custody, control, or possession of the following property (non-earnings), in which the defendant maintains an interest, as described below:

| | Description of Property | Approximate Value | Description of Defendant's Interest in Property |
|---|---|---|---|
| a. | Trust | $342,000.00 | 66.66667% |

b. ______ ______ ______

c. ______ ______ ______

d. ______ ______ ______

6. Garnishee anticipates owing to the defendant in the future, the following amounts:

| Estimate Date | Amount | or Period Due |
|---|---|---|
| a. $______ | ______ | |
| b. $______ | ______ | |
| c. $______ | ______ | |
| d. $______ | ______ | |

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

__ The garnishee makes the following claim of exemption on the part of defendant;

__ or has the following objections, defenses, or set-offs to plaintiff's right to apply garnishee's indebtedness to defendant upon plaintiff's claim;

__ the garnishee was then in no manner and upon no account indebted or under liability to the defendant, Joseph Pannone, and that the garnishee did not have in his/her possession or control any property belonging to the defendant, or in which the garnishee has an interest; and is in no manner liable as garnishee in this action.

The garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, Joseph Pannone, 86 Lucille Street, Rhode Island 02908, and the attorney for the United States, Milind Shah, Assistant U.S. Attorney, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903.

[signature], VP Bank of America, NA
Garnishee

Subscribed and sworn to before me this 5TH day of JUNE 2008.

[signature]
CHRISTINA M. SCOLA
MY COMMISSION EXPIRES 3/21/10

CERTIFICATE OF SERVICE

I hereby certify that, on the 9th day of June, 2008, a true copy of the within document was served by first class mail, postage prepaid, upon the following:

George M. Prescott, Esq.
Law Office of George M. Prescott
P.O. Box A
Lincoln, RI 02865

Joseph Pannone
86 Lucille Street
Providence, RI 02809

Milind Shah
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Jennifer Gagnon